IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CIVIL ACTION |
| v. | : |
| CONRNERSTONE MEDICAL TRANSPORT | : NO.: 19-cv-2328 |

### O R D E R

**AND NOW**, this **28TH** day of **JUNE 2019**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Jan E. DuBois, to the calendar of the Honorable Joshua D. Wolson.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
_____
**KATE BARKMAN**
Clerk of Court