IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CORNERSTONE MEDICAL TRANSPORT,**<br><br>*Defendant.* | **Case No. 2:19-cv-02328-JDW** |

## ORDER

**AND NOW**, this 3rd day of September, 2019, upon consideration of Plaintiff's Motion to Extend Time to Make Service (ECF No. 3), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff shall have an additional 30 days in which to effectuate service of the Complaint in this action.

BY THE COURT:

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J