**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br>v.<br><br>CORNERSTONE MEDICAL TRANSPORT<br>        Defendant | Civil Action No:  19-02328 |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK OF COURT:

Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

> Respectfully submitted,
> KML Law Group, P.C.
>
>
> By: /s/Rebecca A. Solarz, Esq.
> Rebecca A. Solarz, Esquire
> Suite 5000 – BNY Independence Center
> 701 Market Street
> Philadelphia, PA  19106-1532
> (215) 825-6327

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                          Plaintiff<br><br>vs.<br><br>CORNERSTONE MEDICAL TRANSPORT<br><br>                          Defendant | CIVIL NO.  19-02328 |

## CERTIFICATE OF SERVICE

      I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Notice of Voluntary Dismissal has been served by first class mail, postage pre-paid, upon the parties listed below on April 30, 2020.

Cornerstone Medical Transport
3705 W. School House Lane
Philadelphia, PA 19129

Cornerstone Medical Transport
311 W. Zeralda Street
Philadelphia PA 19144

Cornerstone Medical Transport
5219 Germantown Ave
Philadelphia, PA 19144

Cornerstone Medical Transport
1740 S 18th St
Philadelphia, PA 19145

Cornerstone Medical Transport
150 Andover Branch Rd.
Clayton, DE 19938

Cornerstone Medical Transport
3000 Wharton St.
Philadelphia, PA 19146

Cornerstone Medical Transport
1352 S. 30th St.
Philadelphia, PA 19146

Respectfully submitted,

KML Law Group, P.C.

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Suite 5000
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327